# Exhibit 2





# AfterBuzz TV Reality TV
3,630 subscribers

**SUBSCRIBE**

HOME    **VIDEOS**    PLAYLISTS    CHANNELS    ABOUT

Uploads    PLAY ALL        SORT BY



**Married To Medicine Season 5 Episode 18 Review &**
267 views • 11 hours ago

**Real Housewives Of Atlanta Season 10 Episode 17**
550 views • 12 hours ago

**Kylie Loses Legal Battle with Blac Chyna - Kardashian**
145 views • 13 hours ago

**Bring It! Season 5 Episode 4 Review & Reaction |**
39 views • 16 hours ago



**Braxton Family Values Season 6 Episode 1 Review &**
776 views • 3 days ago

**Love At First Flight Season 1 Episode 1 Review & Reaction**
173 views • 4 days ago

**Real Housewives Of Beverly Hills Season 8 Episode 14**
1.6K views • 5 days ago

**Teen Mom: Young & Pregnant Season 2 Review &**
511 views • 6 days ago



**Vanderpump Rules Season 6 Episode 15 Review &**
1.4K views • 6 days ago

**Bar Rescue Season 6 Episode 2 Review & Reaction |**
117 views • 6 days ago

**Married To Medicine Season 5 Episode 17 Review &**
1.1K views • 1 week ago

**Real Housewives Of Atlanta Season 10 Episode 16**
2.5K views • 1 week ago



**Kim Talks Baby #4 & Khloe Releases Maternity Denim**
195 views • 1 week ago

**Bring It! Season 5 Episode 3 Review & Reaction |**
188 views • 1 week ago

**Real Housewives Of Beverly Hills Season 8 Episode 13**
2.3K views • 1 week ago

**Teen Mom: Young & Pregnant Season 1 Episode 1**
2.3K views • 1 week ago

   

**Vanderpump Rules Season 6 Episode 14 Review &**
1.7K views • 1 week ago

**Bar Rescue Season 6 Episode 1 Review & Reaction |**
192 views • 1 week ago

**Married To Medicine Season 5 Episodes 14 - 16 Review &**
1.2K views • 2 weeks ago

**Real Housewives Of Atlanta Season 10 Episode 15**
2.1K views • 2 weeks ago



 **AfterBuzz TV Reality TV**
3,630 subscribers

SUBSCRIBE

HOME    VIDEOS    PLAYLISTS    CHANNELS    ABOUT


Keeping Up With Kardashians Season 14 Episode 19
745 views · 3 weeks ago


Bring It! Season 5 Episode 1 Review & Reaction |
281 views · 3 weeks ago


Lacey Stone "Revenge Body" Interview at Flywheel
60 views · 3 weeks ago


Real Housewives Of Beverly Hills Season 8 Episode 11
2.6K views · 3 weeks ago


Shark Tank Season 9 Episode 24 Review & Reaction |
264 views · 1 month ago


Siesta Key Season 1 Episode 17 Review & Reaction |
655 views · 1 month ago


The Bachelor Season 22 Episode 9 Review & Reaction
8.6K views · 1 month ago


Vanderpump Rules Season 6 Episode 12 Review &
2K views · 1 month ago


Keeping Up With Kardashians Season 14 Episode 18
594 views · 1 month ago


Real Housewives Of Atlanta Season 10 Episode 14
4.5K views · 1 month ago


Revenge Body Season 2 Episode 7 Review w/ Latreal
158 views · 1 month ago


Bachelor Winter Games 2018 Recap & Review w/ Ashley
16K views · 1 month ago


Real Housewives Of Beverly Hills Season 8 Episode 10
2.5K views · 1 month ago


Shark Tank Season 9 Episode 23 Review & Reaction |
261 views · 1 month ago

Siesta Key Season 1 Episode 16 Review & Reaction |
613 views · 1 month ago

The Bachelor Season 22 Episode 8 Review & Reaction
9.5K views · 1 month ago

Vanderpump Rules Season 6 Episode 11 Review &
1.7K views · 1 month ago

Married To Medicine Season 5 Episodes 13 Review &
1.4K views · 1 month ago

Keeping Up With Kardashians Season 14 Episode 17
357 views · 1 month ago

Real Housewives Of Atlanta Season 10 Episode 13
2.3K views · 1 month ago

Revenge Body Season 2 Episode 6 Review w/ Ashley

Real Housewives Of Beverly Hills Season 8 Episode 9

Shark Tank Season 9 Episode 22 Review & Reaction |

Siesta Key Season 1 Episode 15 Review Tarik Jenkins |





AfterBuzz TV Reality TV
3,630 subscribers

SUBSCRIBE

HOME    VIDEOS    PLAYLISTS    CHANNELS    ABOUT

Revenge Body Season 2 Episode 5 Review w/ Luke
242 views • 1 month ago

Real Housewives Of Beverly Hills Season 8 Episode 8
2.5K views • 1 month ago

Siesta Key Season 1 Episode 14 Review w/ Carson Wall |
821 views • 1 month ago

The Bachelor Season 22 Episode 6 Review & Reaction
10K views • 1 month ago