# Exhibit 3

☰ **YouTube** | love at first flight 🔍 | 📹 ⋮⋮⋮ ⋮ SIGN IN

About 15,000,000 results ▼ FILTER


**The Debut of "Love at First Flight" & More: Our Top 3 Stories Trending Now**
The List Show TV • 770 views • 2 weeks ago
Netflix plans to drop about 700 original titles in 2018, the debut of "**Love at First Flight**" and the hilarious sketch "Masterchef Senior" --
2:33


**GirlChat: Meet Stephanie Johnson From Lifetime's New Reality Show "Love At First Flight"**
Lailah Lynn • 1.2K views • 6 days ago
**Love at First Flight** Premieres Tuesday, March 20 at 10pm ET/PT on Lifetime Nothing tests a budding relationship like travel, and the
New
12:42


**LOVE AT FIRST FLIGHT : ตกเครื่องจนตกหลุมรัก Full Version HD**
Tab10SamsungGalaxy • 4.9M views • 6 years ago
Website: www.galaxytabmovie.com ผลงานล่าสุดของ บอล วิทยา 1 ใน 6 ผู้กำกับ แฟนฉัน, เก๋า...เก๋า และ...
29:08


**Love At First Flight Season 1 Episode 1 Review & Reaction | AfterBuzz TV**
AfterBuzz TV Reality TV • 153 views • Streamed 4 days ago
Hosts discuss **Love At First Flight** for the episode "The Journey Begins: First Impressions." AFTERBUZZ TV — **Love At First Flight**
New
52:18


**George Janko's Blind Date in Hawaii | Love at First Flight**
MissTravel • 69K views • 2 years ago
Will George miss his connection, or will he find **Love at First Flight**? George Janko meets up with outgoing MissTravel date, Lauren
12:25


**Sneak peek: Lifetime's "Love at First Flight" (Stephanie and Ryan)**
Entertaining Options • 666 views • 6 days ago
Nothing tests a budding relationship like travel, and the new series "**Love at First Flight**" takes it a step further, matching new couples
New
1:54


**Will Piques Find Love in Costa Rica?? | Love at First Flight**
MissTravel • 154K views • 2 years ago
Beaches, palm trees and soft white sands - could anything be more romantic? MissTravel.com ventures to perfect the formula for
12:18


**J.Cyrus Finds Love in Vancouver | Love at First Flight**
MissTravel • 23K views • 2 years ago
With a busy schedule, social content creator J.Cyrus can't find the time for **love**! What happens when the distractions of everyday life
13:14


**Will The Gabbie Show Find Love in Cabo?? | Love at First Flight**
MissTravel • 450K views • 2 years ago
Watch what happens when Gabbie, from The Gabbie Show, goes on a destination **first** date to Cabo San Lucas. Will the sandy
13:31


**"I Wouldn't Say I'm Homeless" - Love At First Flight on Lifetime**
The Chad And Mike Show • 311 views • 1 day ago
This is a new reality dating show called **Love At First Flight** from Lifetime. The clip features Stephanie and Ryan meeting for the first
New

Love At First Flight Episode 2_720HD (Eng Sub).mp4
pisitbhip • 8.6K views • 6 years ago
โฆษณา SAMSUNG Galaxy Tap. 085 668 9205 , www.bhipthailand.com.

In-Flight (Love at First Flight) - Bangkok Airways 2010 TVC
Bangkok Airways • 21K views • 6 years ago
ความรู้สึกดีๆ พร้อมเสิร์ฟทุกครั้งที่ออกเดินทาง ...บริการอาหารและเครื่...

Sneak peek: Lifetime's "Love at First Flight" (Stephanie and Michael)
Entertaining Options • 346 views • 6 days ago
Nothing tests a budding relationship like travel, and the new series "**Love at First Flight**" takes it a step further, matching new couples
New

Love at First Flight - George and Yaxin's love Story
RE-PRODUCTIONS TV • 1.9K views • 4 months ago
We make your wedding and your **love** story into a movie. Please Enjoy and don't forget to LIKE, SHARE and SUBSCRIBE! You find



ทั่วไป - LOVE AT FIRST FLIGHT : ตกเครื่องจนตกหลุมรัก Full Version HD
Toy Kid
LOVE AT FIRST FLIGHT : EP3 ตกเครื่องจนตกหลุมรัก (EN sub) • 3:21
Samsung Galaxy Tab Movie : Love At First Flight EP1 • 4:44
VIEW FULL PLAYLIST (55 VIDEOS)

Love at First Fight Official Trailer 1 (2015) - Romance Movie HD
Movieclips Film Festivals & Indie Films • 1.8M views • 2 years ago
Subscribe to TRAILERS: http://bit.ly/sxaw6h Subscribe to COMING SOON: http://bit.ly/H2vZUn Subscribe to INDIE & FILM



Love at First Flight
Tucky San
LOVE AT FIRST FLIGHT : Trailer ตกเครื่องจนตกหลุมรัก • 1:09
Samsung Galaxy Tab Movie : Love At First Flight EP1 • 4:44
VIEW FULL PLAYLIST (6 VIDEOS)

LOVE AT FIRST FLIGHT : EP2 ตกเครื่องจนตกหลุมรัก (EN sub)
Tab10SamsungGalaxy • 393K views • 6 years ago
Website: www.galaxytabmovie.com ผลงานล่าสุดของ บอล วิทยา 1 ใน 6 ผู้กำกับ แฟนฉัน, เก๋า...เก๋า และ...

Love at First Flight - Bangkok Airways 2010 TVC
Bangkok Airways • 58K views • 6 years ago
ณ ที่ชั้นบรรยากาศเป็นใจ..... ปรากฏการณ์รักข้ามขอบฟ้า พาทุกความรู้สึกพ...

Sneak peek: Lifetime's "Love at First Flight" (Jenna and Cale)
Entertaining Options • 509 views • 6 days ago
Nothing tests a budding relationship like travel, and the new series "**Love at First Flight**" takes it a step further, matching new couples
New