Mark L. Smith (#213829)
msmith@smithwashburn.com
Jacob L. Fonnesbeck (#304954)
jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
500 South Grand Avenue, Suite 1450
Los Angeles, CA 90071
Tel: (213) 418-2390
Fax: (213) 418-2399

*Attorneys for Plaintiffs*

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>PILGRIM MEDIA GROUP, LLC, a Delaware limited liability company, *et al.*,<br><br>Defendants. | Case No. CV 18-2260-GW-FFMx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the parties' Stipulation of Dismissal of Action with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiffs' Amended Complaint (Dkt. 37) is dismissed, with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 13, 2018

_____
GEORGE H. WU, U.S. District Judge